540 U.S. 1012
 AZANON-RODAS
v.
UNITED STATES
MERCADO-VARGAS, AKA BERRONES VARGAS, AKA PEREZ
v.
UNITED STATES
MOLINA-RODRIGUEZ
v.
UNITED STATES
NUNEZ-VILLA
v.
UNITED STATES
ORTIZ-RAMIREZ
v.
UNITED STATES
PACHECO-HERRERA
v.
UNITED STATES
RAMIREZ-BOVADILLA, AKA CORREA-ESQUIVEL
v.
UNITED STATES
SEGURA-CARRERA
v.
UNITED STATES
CISNEROS-PEREZ
v.
UNITED STATES
GUARDIOLA-SALAS
v.
UNITED STATES
JARAMILLO-CERVANTES
v.
UNITED STATES
MALDONADO-LOPEZ
v.
UNITED STATES
MARTINEZ-SEGOVIA
v.
UNITED STATES and
TORRES-VASQUEZ
v.
UNITED STATES.
 No. 03-6817.
 Supreme Court of United States.
 November 10, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 73 Fed. Appx. 83, 73 Fed. Appx. 82, 73 Fed. Appx. 83, 73 Fed. Appx. 83, 73 Fed. Appx. 83, 73 Fed. Appx. 83, 73 Fed. Appx. 83, 73 Fed. Appx. 83, 73 Fed. Appx. 83, 73 Fed. Appx. 83, 73 Fed. Appx. 82, 73 Fed. Appx. 82, 73 Fed. Appx. 83, 73 Fed. Appx. 83.